# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN DIEGO ELECTRICAL HEALTH AND WELFARE TRUST; ANDY BERG AND NICHOLAS SEGURA, Trustees,<br><br>Plaintiffs,<br><br>v.<br><br>MARILEE VICKERS, an individual; STEVEN VICKERS, an individual; and SEAN M. FOLDENAUER, an individual; and the FOLDENAUER LAW GROUP, a California professional law corporation,<br><br>Defendants. | Case No.: 18-cv-0296-BTM-JMA<br><br>**TEMPORARY RESTRAINING ORDER** |

The Court has granted Plaintiffs Board of Trustees of the San Diego Electrical Health and Welfare Trust, Andy Berg, and Nicholas Segura a temporary restraining order against Defendants Marilee Vickers, Steven Vickers, Sean M. Foldenauer, and Foldenauer Law Group.

The Court hereby **ORDERS**:

(1) Defendants and any of their officers, agents, servants, employees, and

those acting in active concert or participation with them who receive actual notice of this Order are temporarily enjoined and restrained from directly or indirectly transferring, assigning, disposing of or commingling $149,890.64 of the settlement proceeds without further order of this Court.

(2) Defendants shall deposit in the registry of the Court $149,890.64 of the settlement proceeds by 4:00 p.m. on February 12, 2018. The injunction in paragraph (1) shall terminate upon the deposit of $149,890.64 in the Court's registry.

(3) Because the funds will be paid into the Court's interest-earning registry, the Court finds that no bond is necessary. *See Johnson v. Couturier*, 572 F.3d 1067, 1086 (9th Cir. 2009) ("[T]he district court may dispense with the filing of a bond when it concludes there is no realistic likelihood of harm to the defendant from enjoining his or her conduct.")

(4) A hearing on Plaintiffs' motion for preliminary injunction is set for March 23, 2018 at 3:00 p.m.

(5) Defendants' opposition to Plaintiffs' motion for a preliminary injunction, if any, shall be filed no later than March 9, 2018. Plaintiffs' reply, if any, shall be filed no later than March 16, 2018. Defendants' response to the Complaint is extended to March 9, 2018.

**IT IS SO ORDERED.**

Dated: February 9, 2018

_____
Barry Ted Moskowitz, Chief Judge
United States District Court